UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MCCULLY,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No.: 3:25-cv-00478-JES-KSC<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A LATE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT; and**<br><br>**(2) SETTING A HEARING AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**[ECF Nos. 37, 44]** |

Before the Court is Plaintiff's unopposed Motions for Leave to File a Late Opposition to Defendant's Motion to Dismiss the First Amended Complaint; and for Leave to File the Second Amended Complaint. ECF No. 44.

Finding good cause, the Court **GRANTS** Plaintiff's Motion for Leave to File a Late Opposition to Defendant's Motion to Dismiss the First Amended Complaint and

1

**RESERVES** its ruling on Defendant's Motion for Leave to File the Second Amended Complaint.

Accordingly, the Court **ORDERS** the following:

(1)    The Court **SETS** a hearing on the Motion to Dismiss at 2:30 p.m. on February 27, 2026, in Courtroom 4B;

(2)    Plaintiff will **FILE** an Opposition to Defendant's Motion on or before February 13, 2026; and

(3)    Defendant will **FILE** its Reply on or before February 20, 2026.

**IT IS SO ORDERED.**

Dated: February 5, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

3:25-cv-00478-JES-KSC